**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremy O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
　　　　apersinger@bursor.com
　　　　ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| KINAYA HEWLETT, MAYRA GARCIA, and ZACHARY WERLHOF, on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE,<br><br>　　　　　Defendant. | Case No. 2:16-cv-00713-WBS-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO (1) EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT; (2) SET A BRIEFING SCHEDULE; AND (3) RESCHEDULE STATUS CONFERENCE** |

Plaintiffs Kinaya Hewlett, Mayra Garcia, and Zachary Werlhof and Defendant Consolidated World Travel, Inc. ("CWT"), by and through their undersigned counsel,[1] hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the instant action on April 6, 2016;

WHEREAS, CWT's Response to the Complaint is presently due on or before April 29, 2016;

WHEREAS, the parties have determined that they would both benefit from additional time to respond to the Complaint and to brief any motion to dismiss filed by CWT;

WHEREAS, a Status (Pretrial Scheduling) Conference before the Court is presently scheduled for August 1, 2016 at 1:30 p.m.;

WHEREAS, the parties, to minimize travel expenses and burdens for counsel for both parties, desire to have the Status (Pretrial Scheduling) Conference occur on the same date as the hearing on CWT's anticipated motion to dismiss;

IT IS HEREBY STIPULATED that:

1. The time for CWT to respond to Plaintiffs' Complaint shall be extended by 21 days to May 20, 2016;

2. Plaintiffs' response in opposition to any motion to dismiss filed by CWT shall be filed on or before June 13, 2016;

3. CWT's reply brief shall be filed on or before June 27, 2016;

4. The hearing date for any motion to dismiss filed by CWT shall be August 22, 2016;

5. The Status (Pretrial Scheduling) Conference presently scheduled for August 1, 2016 at 1:30 p.m. shall be rescheduled for August 22, 2016 at 1:30 p.m.

6. Notwithstanding the rescheduling of the Status (Pretrial Scheduling) Conference, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f), by no later than July 11, 2016.

---

[1] The undersigned is lead national counsel for CWT. CWT is presently in the process of retaining local counsel to represent it in this matter. Once local counsel has been retained, the undersigned will immediately move for admission to this Court *pro hac vice*.

1

| | |
|---|---|
| Dated: April 28, 2016 | **BURSOR & FISHER, P.A** |
| | By: */s/ L. Timothy Fisher* |
| | L. Timothy Fisher |
| | |
| | L. Timothy Fisher (State Bar No. 191626) |
| | Annick M. Persinger (State Bar No. 272996) |
| | Yeremy O. Krivoshey (State Bar No. 295032) |
| | 1990 North California Blvd., Suite 940 |
| | Walnut Creek, CA 94596 |
| | Telephone: (925) 300-4455 |
| | Facsimile: (925) 407-2700 |
| | E-Mail: ltfisher@bursor.com |
| | apersinger@bursor.com |
| | ykrivoshey@bursor.com |
| | |
| | **BURSOR & FISHER, P.A** |
| | Scott A. Bursor (State Bar No. 276006) |
| | 888 Seventh Avenue |
| | New York, NY 10019 |
| | Telephone: (212) 989-9113 |
| | Facsimile: (212) 989-9163 |
| | E-Mail: scott@bursor.com |
| | |
| | *Attorneys for Plaintiffs* |
| Dated: April 28, 2016 | **GREENSPOON MARDER, P.A.** |
| | By: |
| | Jeffrey A. Backman |
| | |
| | Richard W. Epstein |
| | (Request for admission *pro hac vice* forthcoming) |
| | Richard.Epstein@gmlaw.com |
| | Jeffrey A. Backman |
| | (Request for admission *pro hac vice* forthcoming) |
| | Jeffrey.Backman@gmlaw.com |
| | Roy Taub |
| | (Request for admission *pro hac vice* forthcoming) |
| | Roy.Taub@gmlaw.com |
| | 200 East Broward Blvd., Suite 1800 |
| | Fort Lauderdale, FL 33301 |
| | Tel: (954) 491-1120 |
| | Fax: (954) 213-0140 |
| | |
| | *Attorneys for Defendant* |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
CASE NO. 2:16-CV-00713-WBS-AC

# ORDER

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows: (1) the time for Defendant Consolidated World Travel, Inc. ("CWT") to respond to Plaintiffs' Complaint shall be extended by 21 days to May 20, 2016; (2) Plaintiffs' response in opposition to any motion to dismiss filed by CWT shall be filed on or before June 13, 2016; (3) CWT's reply brief shall be filed on or before June 27, 2016; (4) the hearing date for any motion to dismiss filed by CWT shall be August 22, 2016; (5) the Status (Pretrial Scheduling) Conference presently scheduled for August 1, 2016 at 1:30 p.m. shall be rescheduled for August 22, 2016 at 1:30 p.m; and (6) notwithstanding the rescheduling of the Status (Pretrial Scheduling) Conference, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f), by no later than July 11, 2016.

**IT IS SO ORDERED.**

Dated: May 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE