UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

KINAYA HEWLETT,

        Plaintiff,

v.

CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE,

        Defendant.

Case No. 2:16-cv-00713-WBS-AC

I, __Yitzchak Kopel__,

attorney for __Kinaya Hewlett__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Bursor & Fisher, P.A. |
| Address: | 888 Seventh Avenue |
| City: | New York |
| State: | New York    ZIP Code: 10019 |
| Voice Phone: | (646) 837-7150 |
| FAX Phone: | (212) 989-9163 |
| Internet E-mail: | ykopel@bursor.com |
| Additional E-mail: | |
| I reside in City: | Paramus    State: New Jersey |

I was admitted to practice in the  Bar of the State of New York             (court) on    April 24, 2013                 (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:      L. Timothy Fisher                                                

Firm Name:  Bursor & Fisher, P.A.                                          

Address:    1990 North California Blvd., Suite 940                          

City:       Walnut Creek                                                    

State:      CA          ZIP Code: 94596                                     

Voice Phone: (925) 300-4455                                                 

FAX Phone:  (925) 407-2700                                                  

E-mail: ltfisher@bursor.com                                                 

Dated: October 28, 2016       Petitioner:  /s/ Yitzchak Kopel

**ORDER**

    IT IS SO ORDERED.

Dated: October 31, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE